SO ORDERED.
SIGNED 8th day of October, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nancy B. King
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DANIEL PAUL PALMER, and | ) | Case No. 3:24-bk-04492 |
| COUMBA SOW PALMER, | ) | Chapter 7 |
| | ) | Judge Nancy B. King |
| Debtors. | ) | |
| | ) | |
| JODY WAYNE TUCKER and DEVON TUCKER, | ) | Adversary No. 3:25-90042 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL PAUL PALMER, and | ) | |
| COUMBA SOW PALMER, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum Opinion filed contemporaneously with this Order, it is hereby **ORDERED** that Defendants' Motion to Dismiss for failure to timely pay the adversary proceeding filing fee is **DENIED**; Defendants' Motion to Dismiss Plaintiff's Amended Complaint as to the 11 U.S.C. § 523(a)(6) count is **GRANTED**; and Plaintiff's Motion to Amend the Complaint to add the 11 U.S.C. § 523(a)(6) is **DENIED**.

IT IS FURTHER ORDERED that the hearing scheduled for October 14, 2025, in Courtroom 3, at 10:30 AM, is hereby **CANCELLED** as moot.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**